IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JOHN BARRETT, #27578                                                                    PLAINTIFF

VERSUS                                                        CIVIL ACTION NO. 5:04cv300-JCS

CORRECTIONS CORPORATION OF AMERICA, et al.                         DEFENDANTS

ORDER OF DISMISSAL

     This matter is before the Court on the Plaintiff's Response to the Order to Show Cause (docket number 28).  In his response, he admits that he has not exhausted administrative remedies as to his claims.  He, furthermore, abandons his denial of medical care claim and other claims with the exception of his property loss claim for legal books.  The Plaintiff asks that he be allowed time to exhaust his administrative remedies with regard to his property loss claim for legal books.  Having considered this Response, the Court finds that it is well taken.  Accordingly, all of the Plaintiff's claims, with the exception of his property loss claim, are hereby dismissed with prejudice.  His property loss claim for legal books is hereby dismissed without prejudice.  A separate judgment will be entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

     SO ORDERED, this the   20   day of June, 2006.

                                                 s/ James C. Sumner
                                       UNITED STATES MAGISTRATE JUDGE