IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**JOHN BARRETT, #27578**                                             **PLAINTIFF**

**VERSUS**                                         **CIVIL ACTION NO. 5:04cv300-JCS**

**CORRECTIONS CORPORATION OF AMERICA, et al.**         **DEFENDANTS**

## JUDGMENT

For the reasons set forth in the Order of Dismissal entered this date, the Court hereby dismisses this case with prejudice as to all of Plaintiff's claims except his property loss claim. Accordingly, it is hereby

ORDERED AND ADJUDGED that judgment be and is entered in favor of the Defendants, and all of plaintiff's claims, except his property loss claim, are dismissed with prejudice. Plaintiff's property loss claim is dismissed without prejudice.

SO ORDERED, this the   20   day of June, 2006.

  s/ James C. Sumner
UNITED STATES MAGISTRATE JUDGE